

# Fourth Court of Appeals
## San Antonio, Texas

June 25, 2013

No. 04-12-00451-CR and 04-12-00452-CR

Hector Augusto **GRAMAJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9358, and 2009CR9359
Honorable Mary D. Roman, Judge Presiding

# O R D E R

On May 16, 2013, this Court set a final briefing deadline. Specifically, the order stated:

We, therefore, ORDER JUDITH WEMMERT to file appellant's brief within twenty days of being served a copy of this order. NO EXTENSIONS WILL BE GRANTED. JUDITH WEMMERT must personally deliver appellant's brief in Appeal Nos. 04-12-00451-CR and 04-12-00452-CR to the Clerk of this Court for filing within twenty days of being served a copy of this order. That is, in filing appellant's brief, JUDITH WEMMERT cannot rely on Texas Rule of Appellate Procedure 9.2(b) ("the mailbox rule"); Rule 9.2(b) is suspended for purposes of JUDITH WEMMERT filing appellant's brief. If JUDITH WEMMERT fails to file appellant's brief in Appeal Nos. 04-12-00451-CR and 04-12-00452-CR as ordered, JUDITH WEMMERT will be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned. *See* TEX. R. APP. P. 38.8(b)(4).

JUDITH WEMMERT was personally served with a copy of our order on May 20, 2013. Therefore, JUDITH WEMMERT had until June 10, 2013, to file appellant's brief. JUDITH WEMMERT, however, did not file appellant's brief by the date ordered.

**Therefore, we ORDER JUDITH WEMMERT to appear in the courtroom of the Fourth Court of Appeals, in the Cadena-Reeves Justice Center, 300 Dolorosa, Suite 3200, San Antonio, Texas 78205-3037, on July 16, 2013, at 1:30 p.m.**, before a panel consisting of Justice Angelini, Justice Marion, and Justice Barnard and show cause why she should not be held in civil and criminal contempt of this Court and/or suspended from practice before this Court for violating this Court's May 16, 2013 order by failing to file appellant's brief no later than June 10, 2013.

JUDITH WEMMERT is advised that she has a right to be represented by counsel at the show cause hearing and that the proceedings will be recorded by a certified court reporter.

We further ORDER the Clerk of this Court to have JUDITH WEMMERT personally served with a copy of this order. We also ORDER the person who personally serves JUDITH WEMMERT to file with this Court written proof of the date and time that JUDITH WEMMERT was served with a copy of this order.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of June, 2013.

_____
Keith E. Hottle
Clerk of Court